UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL LEANN HOLT, et al., | Case No.: 12-CV-04506-LHK |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| JOHN D. FERNANDEZ, et al., | |
| Defendants. | |

Plaintiffs Cheryl LeAnn Holt and Warren James Holt filed their Complaint on July 27, 2012 in California Small Claims Court. ECF No. 1, Attachment ("Compl.")). In the Complaint, Plaintiffs allege that Defendants John Fernandez and Rikhart Rupnik authorized Defendants Daria Luppachino and Hilda Rubino "to empty my desk and bring my personal property to my home." Compl. at 2. Plaintiffs do not specify whether the "my" referenced in the Complaint refers to Plaintiff Cheryl Holt or Warrant Holt. After emptying the desk, Plaintiffs state that Defendants failed to return a hearing aid. *Id.* Plaintiffs state that "[b]oth [hearing] aids must be replaced due to compatibility." *Id.* Plaintiffs seek to recover the "[r]eplacement costs of [the] hearing aids and known missing items." *Id.*

On August 28, 2012, Defendants removed this action to federal court. *See* ECF No. 1. On the same date, the United States of America submitted a declaration stating that Defendants Fernandez, Rupnik, Luppachino, Rubino, and Anthony Williams were "acting within the course

1

Case No.: 12-CV-04506-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

and scope of their employment as employees with the United States Department of Justice, Drug Enforcement Administration." ECF No. 2.

On August 30, 2012, Defendant United States of America ("United States") filed the instant Motion to Dismiss ("Motion"). ECF No. 6. The case was reassigned to the undersigned Judge on September 14, 2012. ECF No. 12. Defendant United States' Motion was re-noticed before this Court on September 27, 2012. ECF No. 14. Pursuant to Local Rule 7-3, Plaintiffs' Opposition was due by October 11, 2012. Plaintiffs have not filed an Opposition.

In light of Plaintiffs' failure to file an Opposition to the Motion, the Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiffs to file an untimely opposition to either of the motions to dismiss. The December 20, 2012 hearing on Defendant's Motion to Dismiss is VACATED. Plaintiffs have until November 21, 2012 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **November 28, 2012 at 2:00 P.M.** Plaintiffs' failure to respond to this Order and to appear at the November 28, 2012 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 29, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge