**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL LEANN HOLT, et al., ) | Case No.: 12-CV-04506-LHK |
| ) | |
| Plaintiffs, ) | ORDER DENYING REQUEST TO |
| v. ) | RESCHEDULE ORDER TO SHOW |
| ) | CAUSE HEARING |
| JOHN D. FERNANDEZ, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

On November 19, 2012, Plaintiffs sent an email to Courtroom Deputy Martha Parker Brown requesting that the Court reschedule the Order to Show Cause hearing set for November 28, 2012. *See* ECF No. 17. Plaintiffs' request that the Court reschedule the hearing is DENIED. The Order to Show Cause hearing will take place on November 28, 2012 at 2:00 p.m. as previously scheduled.

The Court also notes that Plaintiffs' email was sent only to Ms. Brown and not to Defendants' counsel and includes substantive arguments regarding the merits of the case. *See id.* (arguing Plaintiff Cheryl Holt was denied an opportunity to clean out her desk and that Defendants neglected to return all her possessions). Plaintiffs' email constitutes a prohibited *ex parte* communication with the Court. *See* Northern District of California Local Rule 11-4(d) (prohibiting ex parte communications with the Court); Local Rule 1-5(d) ("Ex parte. 'Without other party.' Ex parte means contact with the Court without the advance knowledge or contemporaneous

participation of all other parties."). In the future, Plaintiff will refrain from engaging in *ex parte* communications with the Court.

Plaintiffs are also advised to consult with the Federal Legal Assistance Self-Help Center ("FLASH") regarding pursuing their claims. Plaintiffs may schedule an appointment with FLASH by telephone Monday through Wednesday at 408-297-1480, or Plaintiffs may visit FLASH in person and sign-up for an appointment at United States Courthouse, 280 South 1st Street, 4th Floor, Room 4093 & 4095, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: November 27, 2012

_____
LUCY H. KOH
United States District Judge